NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

April 8, 2022

**ERRATA**

---

Appeal No. 2020-2298

**LEWIS B. JONES,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

Decided:  March 31, 2022
Precedential Opinion

---

Please make the following change to footnote 6 of the majority opinion:

> Alternatively, to achieve the benefit of the accrual suspension rule, a plaintiff may show "that the defendant has concealed its acts with the result that plaintiff was unaware of their existence or it." *Martinez*, 333 F.3d at 1319 (citation omitted).  This aspect of the rule is not at issue in this case.

is changed to:

> Alternatively, to achieve the benefit of the ac-
> crual suspension rule, a plaintiff may show
> that the "defendant has concealed its acts
> with the result that [the] plaintiff was una-
> ware of their existence." *Martinez*, 333 F.3d
> at 1319 (citation omitted). This aspect of the
> rule is not at issue in this case.